AO 450 (Rev. 11/11)  Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

**Nov 24, 2025**

SEAN F. McAVOY, CLERK

| | |
|---|---|
| JOHN GRIFFIN HEADRICK, #997137 )<br>*Plaintiff* )<br>v. )<br> )<br> )<br>AARON BROWN, SCOTT LUTTON, KERRY )<br>DEYOUNG, DANIEL JONES, JOHN DOES(S) )<br>*Defendant* | Civil Action No.  2:25-CV-0372-TOR |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☑ other: Defendants' Motion to Dismiss (ECF No. 3) is GRANTED; The Court declines to exercise supplemental jurisdiction over Plaintiff's state law claims, and therefore, are DISMISSED without prejudice; Plaintiff's Motion to Remand (ECF No. 5) is DENIED;  Plaintiff's Motion to Amend (ECF No. 6) is DENIED;  Plaintiff's Motion for an Extension to Reply to Defendants' Motion to Dismiss (ECF No. 13) is DENIED; Judgment entered in favor of Defendants'.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge   Thomas O. Rice

Date:  November 24th, 2025

CLERK OF COURT

s/Sean F. McAvoy
*Signature of Clerk*